No. 81–256. MOORE v. SCURR, WARDEN, ET AL. C. A. 8th Cir. Certiorari denied.

No. 81–315. LABORERS' INTERNATIONAL UNION OF NORTH AMERICA, LOCAL NO. 89, AFL–CIO v. PIEDERMANN. C. A. 9th Cir. Certiorari denied.

No. 81–326. FENZ v. BURKE ET AL. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 81–345. MCCAUSLAND v. MASON COUNTY BOARD OF EDUCATION ET AL. C. A. 4th Cir. Certiorari denied.

No. 81–351. VETCO INC. ET AL. v. UNITED STATES ET AL. C. A. 9th Cir. Certiorari denied.

No. 81–376. WRIGHT, JUDGE v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 81–518. VICHOS v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 81–572. UNITED STEELWORKERS OF AMERICA, LOCAL 8141 v. TOOLEY ET AL. C. A. 9th Cir. Certiorari denied.

No. 81–686. BANERJEE v. BOARD OF TRUSTEES OF SMITH COLLEGE ET AL. C. A. 1st Cir. Certiorari denied.

No. 81–691. CONOCO INC. ET AL. v. PETROL STOPS NORTHWEST. C. A. 9th Cir. Certiorari denied.

No. 81–697. CAMPBELL v. WASHINGTON STATE BAR ASSN. C. A. 9th Cir. Certiorari before judgment denied.

No. 81–699. ADDINGTON v. FARMER'S ELEVATOR MUTUAL INSURANCE CO. C. A. 5th Cir. Certiorari denied.